**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEND HEALTH, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CARBON HEALTH TECHNOLOGIES, INC., a Delaware Corporation.<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-CV-06142 AB (MRWx)<br><br>Judge: Hon. André Birotte Jr.<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL |

1  Presently before the Court is the parties' joint stipulation for
2  dismissal. Good cause appearing, the Court GRANTS the stipulation and
3  dismisses this action in its entirety with prejudice.
4  **IT IS SO ORDERED.**

6  Dated: July 10, 2023

_____
Hon. André Birotte Jr.
United States District Judge